## United States Bankruptcy Court
## District of Minnesota

In re **Petters Group Worldwide, LLC** _____,
Debtor

Case No. 08-45258 (GFK) _____

Chapter 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 6 | $ 15,899,459.76 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $ 706,455,202.14 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 10 | | $ 479,228.10 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 20 | | $ 156,553,683.38 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 43 | $ 15,899,459.76 | $ 863,488,113.62 | |

In re:   **Petters Group Worldwide, LLC** _____     Case No.   08-45258 (GFK)
                              Debtor                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total  ➤  0.00

(Report also on Summary of Schedules.)

In re __Petters Group Worldwide, LLC_____.   Case No. __08-45258 (GFK)_____
                                        Debtor                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Petty cash - Florida office | | 1,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Business checking account at M&I Bank, accont # 091001157 | | 574.60 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Crown Bank Business Checking Account # 110474 | | 116,789.37 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Flagler Center, Florida Commerical Office Space Lease Deposit | | 40,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | 0.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | AIG c/o Stanton Group, 3405 Annapolis Lane N, Plymouth, MN 55447 Foreign Commercial Gen. Liability, Foreign Commercial Auto Liability, Foreign Voluntary Workers Comp | | unknown |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | AIG, 2704 Commerce Drive, Ste B, Harrisburg, PA 17110 Corporate Kidnap and Ransom/Extortion Insurance | | unknown |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Axis Insur. Co., Media/Professional Ins., 2300 Main St., Ste 800, Kansas City, MO 64108 Multimedia Liability | | unknown |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Executive Risk Indemnity, Inc., 82 Hopmeadow St, Simsbury, CT 06070 Employed Lawyers Prof. Liability | | unknown |

In re   **Petters Group Worldwide, LLC**                                      Case No.   08-45258 (GFK)
_____                                              _____
                              Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Federal Ins. Co., Chubb Group of Insurance Companies, 82 Hopmeadow St., Simsbury, CT 06070 Crime non-liability | | unknown |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Greenwich Insurance Co., 70 Seaview Ave, Stamford, CT 06902 Employment Practices Liability Coverage | | unknown |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Greenwich Insurance Co., 70 Seaview Ave., Stamford, CT 06902 Mgmnt Liability & Co. Reimbursement | | unknown |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Hartford, Hartford Plaza, Hartford, CT 06115 Commercial Property (incl. business personal property, commercial auto, commercial general liability, business interruption) | | unknown |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Hartford, Hartford Plaza, Hartford, CT 06115 Massachusetts Business Auto Coverage (4 leased vehicles) | | unknown |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Hartford, Hartford Plaza, Hartford, CT 06115 Workers Comp and Employer's Liability | | unknown |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Lloyd's of London, XL Syndicate 1209, XL House, 70 Gracechurch St, London EC3V0XL Products Recall | | unknown |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | XL Professional Insurance, 70 Seaview Ave, Stamford, CT 06902 Mgmnt & Co. Liability, Employment Practices Liability | | unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 10% of the membership interests of affiliated entity PWB Health Limited UK | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 100% of the membership interests of affiliated entity Petters Real Estate Group, LLC. (Cost basis of Debtor's investment = $18,117,430) | | unknown |

In re  **Petters Group Worldwide, LLC**              Case No.  08-45258 (GFK)
                          Debtor                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 100% of the membership interests of affiliated entity PGW Holdings, LLC. (Cost basis of Debtor's investment $10,062,000). | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 100% of the membership interests of affiliated entity Petters Capital, LLC. (Petters Company, Inc. invested $200,000,000 into Petters Capital, LLC, which was then acquired by Debtor, cost basis = $200,000,000). | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 100% of the membership interests of affiliated entity Great Water Media, LLC | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 100% of the membership interests of affiliated entity SoniqCast, LLC. (Cost basis of Debtor's investment $5,752,148). | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 100% of the membership interests of affiliated entity Polaroid Hospitality and Commercial, LLC. (Cost basis of Debtor's investment is $4,872,483). | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 100% of the membership interests of affiliated entity Campus1 Housing, LLC. (Cost basis of Debtor's investment is $1,128,092). | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 100% of the membership interests of affiliated entity Petters International, LLC. (Cost basis of Debtor's investment $1,236,345). | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 100% of the membership interests of affiliated entity Petters Global Learning, LLC | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 100% of the membership interests of affiliated entity Polaroid Holding Company. (Cost basis of Debtor's investment $192,828,923). | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 100% of the membership interests of affiliated entity Rainmaker Tribal Services LLC | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 100% of the membership interests of affiliated entity SpringWorks, LLC. (Cost basis of Debtor's investment is $20,970,270). | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 100% of the membership interests of affiliated entity Polaroid Labs, LLC (cost basis of Debtor's investment $2,988,757) | | unknown |

In re  **Petters Group Worldwide, LLC** _____,  Case No. **08-45258 (GFK)** _____

Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 100% of the membership interests of affiliated entity Interactive Development, LLC | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 18% of the stock of affiliated entity Fingerhut Direct Marketing, Inc. (Cost basis of Debtor's investment $30,705,903). Debtor's shares pledged as collateral to Opportunity Finance, LLC, UCC filing 7/11/2008 to secure obligations of PC Funding, LLC. | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 19.41% of the stock of affiliated entity BroadSign International, Inc. (Cost basis of Debtor's investment is $700,000). | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 20% of the membership interests of affiliated entity Wideblue Limited UK | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 20% of the membership interests of affiliated entity Innovative Campus, LLC | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 26% of the membership interests of affiliated entity Juice Medita Worldwide, LLC.  (Cost basis of Debtor's investment is $500,000). | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 32.98% of the stocks of affiliated entity uBid.com Holdings, Inc., which holds and controls 6,001,269 shares of Enable Holdings Inc, f/k/a uBid, Inc.  Shares of uBid, Inc. are traded, and share price on 10/11/2008 was $0.50. (Cost basis of Debtor's investment is $1,735,500). Debtor's shares pledged as collateral for promissory note to Dean Vlahos. See Sched. D. | | 3,000,635.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor owns and controls 50% of the membership interests of affiliated entity Business Impact Group, LLC (Cost basis of Debtor's investment is $2,200,000). | | unknown |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Investment in Aaron Chang Lifestyle Brands (Cost Basis of Debtor's investment is $2,000,000). | | unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Inter-Company receivables in the amount of $8,006,874, however, the likelihood of collecting these receivables has been called into question, and Debtor is unable to estimate its value. | | unknown |

In re  **Petters Group Worldwide, LLC**                                    Case No. **08-45258 (GFK)**
                                    Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | | Larry Harmer (Promissory note dated Jan. 1, 2008 in amount of $5,080,099.80 issued in connection with a Settlement Agreement, where Debtor agreed to accept payments totalling $1,738,000 in full satisfaction of the Note.  All payments to be completed no later than Dec. 31, 2009.) | | 1,738,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | N/A | | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | Deferred Tax Receivable | | 10,825,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | N/A | | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | N/A | | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | | | 0.00 |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | | 54 Polaroid domain names | | unknown |
| Patents, copyrights, and other intellectual property.  Give particulars. | | Master Craft Tool Trademark. (Cost basis $100,000) | | unknown |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | N/A | | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Plymouth Voyager SE VIN 2P4GP459G9YR558563 NADA trade in value $3,900 NADA Clean Retail $6,100 | | 5,000.00 |
| 26. Boats, motors, and accessories. | | | | 0.00 |
| 27. Aircraft and accessories. | | | | 0.00 |
| 28. Office equipment, furnishings, and supplies. | | Computer Equipment (Book value, net of depreciation $38,506) | | unknown |
| Office equipment, furnishings, and supplies. | | Office furnishings & Equipment (Book value, net of depreciation $296,301) | | unknown |
| | | | | |

In re  **Petters Group Worldwide, LLC** _____,  Case No. **08-45258 (GFK)** _____

                          Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | | | 0.00 |
| 30. Inventory. | | | | 0.00 |
| 31. Animals. | | | | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | | | | 0.00 |
| 33. Farming equipment and implements. | | | | 0.00 |
| 34. Farm supplies, chemicals, and feed. | | | | 0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | | **Leasehold Improvements (Book value net of depreciation $669,593)** | | unknown |
| Other personal property of any kind not already listed. Itemize. | | **Prepaid Expense** | | 172,460.79 |

_5_  continuation sheets attached          Total ⟩     **$15,899,459.76**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re __Petters Group Worldwide, LLC_____     Case No.  __08-45258 (GFK)__
                             Debtor                                             (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dean Vlahos<br>294 Grove Lane E<br>Suite 113<br>Wayzata, MN 55391 | | | Note payable and Pledge of Debtor's shares at Enable Holding as collateral. Debtor owns and controls 6,001,269 shares. FMV of shares is based on trading price for shares on 10/10/08 of $.50/share. Note includes personal guarantee by Thomas J. Petters<br><br>VALUE $3,000,000.00 | X | X | | 6,133,995.90 | 3,133,995.90 |
| ACCOUNT NO.<br><br>Petters Capital, LLC<br>4400 Baker Road<br>Minnetonka, MN 55343 | | | Promissory Note and Security Interest in "all assets of Debtor."<br><br>VALUE: unknown | | | X | 258,940,836.48 | unknown |
| ACCOUNT NO.<br><br>Petters Company, Inc.<br>4400 Baker Road<br>Minnetonka, MN 55343 | | | Promissory Note and Security interest in "all assets of Debtor."<br><br>VALUE: unknown | | | X | 216,123,899.00 | unknown |

_2_     continuation sheets
       attached

Subtotal ➢
(Total of this page)

| | |
|---|---|
| $481,198,731.38 | $ 3,133,995.90 |

Total ➢
(Use only on last page)

| | |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  Petters Group Worldwide, LLC      Case No.  08-45258 (GFK)

         Debtor                         (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rhone Holdings II, Ltd.<br>c/o Ritchie Capital Mgmnt, LLC<br>801 Warrenville Road<br>Lisle, IL 60532 | X | | 02/01/2008<br>Security Agreement<br>Promissory Notes dated 2/4, 2/7 & 2/14/08. Original Principal $44M. Interest rate 80%. Grant of security interest in trademarks of Polaroid on 9/19/08 and Financing Statement filed. Original principal was wired directly to bank account of Petters Company, Inc., not to the Debtor.<br><br>VALUE: unknown | X | X | | 56,204,681.56 | unknown |
| ACCOUNT NO.<br><br>Ritchie Cap Struct Arbitrage Trad<br>c/o Ritchie Capital Mgmnt, LLC<br>801 Warrenville Road<br>Lisle, IL 60532 | X | | 02/01/2008<br>Security Agreement<br>Promissory Note dated 5/9/08. Original Principal $8M. Interest rate 362.1%. Grant of security interest in trademarks of Polaroid on 9/19/08 and Financing Statement filed. Original principal was wired directly to bank account of Petters Company, Inc., not to the Debtor.<br><br>VALUE: unknown | X | X | | 12,526,940.64 | unknown |
| ACCOUNT NO.<br><br>Ritchie Special Credit Invest, Ltd<br>c/o Ritchie Capital Mgmnt, LLC<br>801 Warrenville Road<br>Lisle, IL 60532 | X | | 02/01/2008<br>Security Agreement<br>Promissory Notes dated 2/1, 2/4, 2/7 & 2/19/08. Original Principal $84M. Interest rate 80%. Grant of security interest in trademarks of Polaroid on 9/19/08 and Financing Statement filed. Original principal was wired directly to bank account of Petters Company, Inc., not to the Debtor.<br><br>VALUE: unknown | X | X | | 121,296,060.49 | unknown |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢<br>(Total of this page)

$190,027,682.69 | $ 0.00

Total ➢<br>(Use only on last page)

$ | $

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  Petters Group Worldwide, LLC      Case No.  08-45258 (GFK)
_____ .      _____
              Debtor                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Yorkville Investment I, LLC<br>c/o Ritchie Capital Mgmnt, LLC<br>801 Warrenville Road<br>Lisle, IL 60532 | X | | 02/01/2008<br>**Security Agreement**<br>Promissory Notes dated 2/5, 2/15 & 5/9/08. Original Principal $22M. Interest rate 80%. Grant of security interest in trademarks of Polaroid on 9/19/08 and Financing Statement filed. Original principal was wired directly to bank account of Petters Company, Inc., not to the Debtor.<br><br>VALUE: unknown | | X | X | 35,228,788.07 | unknown |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $ 35,228,788.07 | $ 0.00 |
| $706,455,202.14 | $ 3,133,995.90 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re    **Petters Group Worldwide, LLC**                      Case No.    <u>08-45258 (GFK)</u>
                            Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑    **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

     Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑    **Taxes and Certain Other Debts Owed to Governmental Units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

     * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>9</u> continuation sheets attached

In re __Petters Group Worldwide, LLC_____,  Case No. __08-45258 (GFK)__
                                    Debtor                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ackerman, Dawn <br> 2921 Florida Ave. S. <br> St. Louis Park, MN 55426 | | | Accrued pre-petition wages, benefits and PTO. | | | | 182.26 | 182.26 | 0.00 |
| ACCOUNT NO. <br><br> Anderson, DeAnne <br> 562 Summerfield Dr. <br> Chanhassen, MN 55317 | | | Accrued pre-petition wages, benefits and PTO. | | | | 4,735.04 | 4,735.04 | 0.00 |
| ACCOUNT NO. <br><br> Arthur, Adam <br> 11 West 82nd Street #4 <br> New York, NY 10024 | | | Accrued pre-petition wages, benefits and PTO. | | | | 3,461.60 | 3,461.60 | 0.00 |
| ACCOUNT NO. <br><br> Baer, David <br> 13996 Wellington Drive <br> Eden Prairie, MN 55347 | | | Accrued pre-petition wages, benefits and PTO. | | | | 4,491.38 | 4,491.38 | 0.00 |
| ACCOUNT NO. <br><br> Brady, Cheryl <br> 588 Prairie Creek Drive <br> Delano, MN 55328 | | | Accrued pre-petition wages, benefits and PTO. | | | | 601.44 | 601.44 | 0.00 |
| ACCOUNT NO. <br><br> Buranen, Jeannie <br> 6800 County Road 26 <br> Maple Plain, MN 55359 | | | Accrued pre-petition wages, benefits and PTO. | | | | 956.55 | 956.55 | 0.00 |

Sheet no. _1_ of _9_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▸
(Totals of this page)

| | | |
|---|---|---|
| $ 14,428.27 | $ 14,428.27 | $ 0.00 |

Total ▸
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Total ▸
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | |
|---|---|
| $ | $ |

In re    Petters Group Worldwide, LLC                                    Case No.    08-45258 (GFK)
                                                                                     (If known)
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Carter, Dove<br>8429 Butler Greenwood Drive<br>Royal Palm Beach, FL 33411 | | | Accrued pre-petition wages, benefits and PTO. | | | | 12,483.75 | 10,950.00 | 1,533.75 |
| ACCOUNT NO.<br>Chee-Awai, Camille<br>309 E. Di Lido Drive<br>Miami Beach, FL 33139 | | | Accrued pre-petition wages, benefits and PTO. | | | | 20,480.77 | 10,950.00 | 9,530.77 |
| ACCOUNT NO.<br>Courtright, Frank<br>1309 Hillsboro Ave. N.<br>Champlin, MN 55316 | | | Accrued pre-petition wages, benefits and PTO. | | | | 2,000.08 | 2,000.08 | 0.00 |
| ACCOUNT NO.<br>Debettignies, Cheryl<br>4125 153rd St. W.<br>Rosemount, MN 55068 | | | Accrued pre-petition wages, benefits and PTO. | | | | 372.00 | 372.00 | 0.00 |
| ACCOUNT NO.<br>Dorsey, Anastasia<br>1123 Florida Ave.<br>West Palm Beach, FL 33401 | | | Accrued pre-petition wages, benefits and PTO. | | | | 4,632.74 | 4,632.74 | 0.00 |
| ACCOUNT NO.<br>Fernandez, Georgina<br>311 11th Ave. S.<br>Lake Worth, FL 33460 | | | Accrued pre-petition wages, benefits and PTO. | | | | 1,052.85 | 1,052.85 | 0.00 |

Sheet no. 2 of 9 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶ $ 41,022.19    $ 29,957.67    $ 11,064.52
(Totals of this page)

Total ▶ $
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

Total ▶                        $              $
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data.)

In re    Petters Group Worldwide, LLC                                    Case No.    08-45258 (GFK)
_____                                        _____
                    Debtor                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hamm, Patricia<br>2014 Oakland Road<br>Minnetonka, MN 55305 | | | Accrued pre-petition wages, benefits and PTO. | | | | 25,559.23 | 10,950.00 | 14,609.23 |
| ACCOUNT NO.<br>Harper, Steven<br>508 Bay Hills Drive<br>Arnold, MD 21012 | | | Accrued pre-petition wages, benefits and PTO. | | | | 6,199.67 | 6,199.67 | 0.00 |
| ACCOUNT NO.<br>Hay, Tom<br>6 Badger Lane<br>North Oaks, MN 55127 | | | Accrued pre-petition wages, benefits and PTO. | | | | 17,311.38 | 10,950.00 | 6,361.38 |
| ACCOUNT NO.<br>Honig, Kimberly<br>801 S. Olive Ave. #115<br>West Palm Beach, FL 33401 | | | Accrued pre-petition wages, benefits and PTO. | | | | 3,567.85 | 3,567.85 | 0.00 |
| ACCOUNT NO.<br>Hove, Carol<br>7120 Morgan Ave. S.<br>Richfield, MN 55423 | | | Accrued pre-petition wages, benefits and PTO. | | | | 2,534.00 | 2,534.00 | 0.00 |
| ACCOUNT NO.<br>Joe, Art<br>5724 Bluebird Lane<br>Minnetonka, MN 55345 | | | Accrued pre-petition wages, benefits and PTO. | | | | 820.81 | 820.81 | 0.00 |

Sheet no. 3 of 9 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)                     $   55,992.94   $   35,022.33   $   20,970.61

Total  ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)                                          $

Total  ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)                                                            $                    $

In re    Petters Group Worldwide, LLC                                    Case No.    08-45258 (GFK)
_____                                          _____
                        Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Johnson, Neil<br>421 Turner Cross Road South<br>Golden Valley, MN 55416 | | | Accrued pre-petition wages, benefits and PTO. | | | | 4,480.29 | 4,480.29 | 0.00 |
| ACCOUNT NO.<br><br>Jordan, John<br>6417 106th Street<br>Clear Lake, MN 55319 | | | Accrued pre-petition wages, benefits and PTO. | | | | 8,790.29 | 8,790.29 | 0.00 |
| ACCOUNT NO.<br><br>Kandare, Charles<br>9470 Worswick Court<br>Wellington, FL 33414 | | | Accrued pre-petition wages, benefits and PTO. | | | | 8,861.56 | 8,861.56 | 0.00 |
| ACCOUNT NO.<br><br>Klassen, Thomas<br>2100 Parklands Road<br>St. Louis Park, MN 55416 | | | Accrued pre-petition wages, benefits and PTO. | | | | 11,923.62 | 10,950.00 | 973.62 |
| ACCOUNT NO.<br><br>Koehler, David<br>242 Wildwood Ave.<br>Birchwood, MN 55110 | | | Accrued pre-petition wages, benefits and PTO. | | | | 1,093.81 | 1,093.81 | 0.00 |
| ACCOUNT NO.<br><br>Kruse, Lois<br>7601 West 101st Street<br>Unit #323<br>Bloomington, MN 55438 | | | Accrued pre-petition wages, benefits and PTO. | | | | 5,061.48 | 5,061.48 | 0.00 |

Sheet no. 4 of 9 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▷
(Totals of this page)

| | | |
|---|---|---|
| $ 40,211.05 | $ 39,237.43 | $ 973.62 |

Total ▷
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

$

Total ▷
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )

| | |
|---|---|
| $ | $ |

In re   Petters Group Worldwide, LLC                              Case No.   08-45258 (GFK)
                          Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Laumann, Mark<br>7155 County Road 155<br>Waconia, MN 55387 | | | Accrued pre-petition wages, benefits and PTO. | | | | 13,075.42 | 10,950.00 | 2,125.42 |
| ACCOUNT NO.<br>Lindemeier, Elizabeth<br>16914 231st Ave.<br>Big Lake, MN 55309 | | | Accrued pre-petition wages, benefits and PTO. | | | | 1,395.23 | 1,395.23 | 0.00 |
| ACCOUNT NO.<br>Locey, Pennell<br>6 Prospect Street<br>Dedham, MA 02026 | | | Accrued pre-petition wages, benefits and PTO. | | | | 10,346.87 | 10,346.87 | 0.00 |
| ACCOUNT NO.<br>Lunde, April<br>18347 Kerrville Trail<br>Lakeville, MN 55044 | | | Accrued pre-petition wages, benefits and PTO. | | | | 1,230.77 | 1,230.77 | 0.00 |
| ACCOUNT NO.<br>Malloch, Beth<br>190 Bears Club Drive<br>Jupiter, FL 33477 | | | Accrued pre-petition wages, benefits and PTO. | | | | 1,454.42 | 1,454.42 | 0.00 |
| ACCOUNT NO.<br>Margolis, David<br>1031 Sumter Ave. N.<br>Golden Valley, MN 55427 | | | Accrued pre-petition wages, benefits and PTO. | | | | 4,819.23 | 4,819.23 | 0.00 |

Sheet no.  5  of  9  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷
(Totals of this page)   $  32,321.94   $  30,196.52   $  2,125.42

Total  ▷
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total  ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

In re  **Petters Group Worldwide, LLC**                        Case No.  **08-45258 (GFK)**
_____                    _____
                        Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  **Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Massine, Carrie<br>5910 Sweetwater Circle<br>Shorewood, MN 55331 | | | Accrued pre-petition wages, benefits and PTO. | | | | 3,726.52 | 3,726.52 | 0.00 |
| ACCOUNT NO.<br>McGaunn, Jon<br>11140 Narragansett Bay Court<br>Wellington, FL 33414 | | | Accrued pre-petition wages, benefits and PTO. | | | | 15,834.10 | 10,950.00 | 4,884.10 |
| ACCOUNT NO.<br>McLaughlin, Leslie A.<br>24598 Cedar Point Road<br>New Prague, MN 56071 | | | Accrued pre-petition wages, benefits and PTO. | | | | 2,885.83 | 2,885.83 | 0.00 |
| ACCOUNT NO.<br>Miller, Andrea<br>9096 Larkspur Lane<br>Eden Prairie, MN 55347 | | | Accrued pre-petition wages, benefits and PTO. | | | | 5,444.01 | 5,444.01 | 0.00 |
| ACCOUNT NO.<br>Nash, Kim<br>2630 Alvaredo Lane N<br>Plymouth, MN 55447 | | | Accrued pre-petition wages, benefits and PTO. | | | | 905.99 | 905.99 | 0.00 |
| ACCOUNT NO.<br>Nash, Tiffany<br>2630 Alvarado Lane N.<br>Plymouth, MN 55447 | | | Accrued pre-petition wages, benefits and PTO. | | | | 4,376.97 | 4,376.97 | 0.00 |

Sheet no. 6 of 9 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals
(Totals of this page)                     $ 33,173.42    $ 28,289.32    $ 4,884.10

Total
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)                             $

Total
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )                                        $                $

In re  **Petters Group Worldwide, LLC**                                    Case No.  **08-45258 (GFK)**
_____                                        _____
                          Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

#### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Nelson, Kelli<br>13018 Jane Lane<br>Minnteonka, MN 55343 | | | Accrued pre-petition wages, benefits and PTO. | | | | 1,135.58 | 1,135.58 | 0.00 |
| ACCOUNT NO.<br>Nelson, Rhonda<br>4613 Park Ave.<br>Minneapolis, MN 55407 | | | Accrued pre-petition wages, benefits and PTO. | | | | 2,895.88 | 2,895.88 | 0.00 |
| ACCOUNT NO.<br>Petters, Catherine<br>704 West Ash Street<br>St. Joseph, MN 56374 | | | Accrued pre-petition wages, benefits and PTO. | | | | 4,469.57 | 4,469.57 | 0.00 |
| ACCOUNT NO.<br>Petters, Thomas J.<br>655 Bushaway Rd<br>Wayzata, MN 55391 | | | Accrued pre-petition | | | | 11,792.40 | 11,792.40 | 0.00 |
| ACCOUNT NO.<br>Phelps, Michael<br>1485 Pine Tree Pass<br>Eagan, MN 55122 | | | Accrued pre-petition wages, benefits and PTO. | | | | 74.32 | 74.32 | 0.00 |
| ACCOUNT NO.<br>Ploumidis, Matina<br>12981 Echo Lane<br>Apple Valley, MN 55124 | | | Accrued pre-petition wages, benefits and PTO. | | | | 7,028.46 | 7,028.46 | 0.00 |

Sheet no. _7_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▸<br>(Totals of this page) | $ 27,396.21 | $ 27,396.21 | $ 0.00 |
| Total ▸<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ▸<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re     **Petters Group Worldwide, LLC**                                   Case No.     **08-45258 (GFK)**
                                    _____                                    _____
                                            Debtor                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Prezioso, Michael<br>1730 4th St. NE<br>Minneapolis, MN 55413 | | | Accrued pre-petition wages, benefits and PTO. | | | | 1,240.00 | 1,240.00 | 0.00 |
| ACCOUNT NO.<br>Riedl, Kevin<br>4718 Oak Cliff Drive<br>Eagan, MN 55122 | | | Accrued pre-petition wages, benefits and PTO. | | | | 3,329.47 | 3,329.47 | 0.00 |
| ACCOUNT NO.<br>Salmen, Thomas Randall<br>1972 Sheridan Ave. S.<br>Minneapolis, MN 55405 | | | Accrued pre-petition wages, benefits and PTO. | | | | 12,917.57 | 10,950.00 | 1,967.57 |
| ACCOUNT NO.<br>Sarenpa, Colleen<br>4900 Saratoga Lane<br>Plymouth, MN 55442 | | | Accrued pre-petition wages, benefits and PTO. | | | | 2,054.22 | 2,054.22 | 0.00 |
| ACCOUNT NO.<br>Schmit, Joe<br>9319 Quinn Road<br>Bloomington, MN 55437 | | | Accrued pre-petition wages, benefits and PTO. | | | | 201,200.00 | 10,950.00 | 190,250.00 |
| ACCOUNT NO.<br>Tesar, Tammy<br>1345 Elisnore Circle<br>Medina, MN 55356 | | | Accrued pre-petition wages, benefits and PTO. | | | | 5,287.59 | 5,287.59 | 0.00 |

Sheet no. _8_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)      $ **226,028.85**   $ **33,811.28**  $ **192,217.57**

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)      $

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)      $          $

In re   **Petters Group Worldwide, LLC**        Case No.    <u>08-45258 (GFK)</u>
                       Debtor                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority: Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ting, Tom<br>10042 Cove Drive<br>Minnetonka, MN 55305 | | | Accrued pre-petition wages, benefits and PTO. | | | | 3,484.53 | 3,484.53 | 0.00 |
| ACCOUNT NO.<br>Vandalaarschot, Paula<br>18426 Erin Bay<br>Eden Prairie, MN 55347 | | | Accrued pre-petition wages, benefits and PTO. | | | | 614.25 | 614.25 | 0.00 |
| ACCOUNT NO.<br>Wetterlind, Kerri<br>23253 Taylor Street NE<br>East Bethel, MN 55055 | | | Accrued pre-petition wages, benefits and PTO. | | | | 4,554.45 | 4,554.45 | 0.00 |

Sheet no. <u>9</u> of <u>9</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals<br>(Totals of this page)    $ **8,653.23**    $ **8,653.23**    $ **0.00**

Total  ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **479,228.10**

Total  ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **246,992.26**   $ **232,235.84**