B6F (Official Form 6F) (12/07)

In re   Petters Group Worldwide, LLC _____          Case No.  08-45258 (GFK) _____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 32.92 |
| Alliance Courier PO Box 202092 Bloomington, MN 55420 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 461.33 |
| Al's Electric of St. Cloud Inc. 2616 North Cooper Ave PO Box 933 St. Cloud, MN 56302 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | X | 223,398.51 |
| American Express PO Box 981535 El Paso, TX 79998-1535 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | X | 192,860.00 |
| American Express Co. Travel Related Services Co. Inc. PO Box 360001 Ft. Lauderdale, FL 33336-0001 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 2,210.02 |
| Ameripride 700 Industrial Blvd, NE Minneapolis, MN 55413-2989 attn: Zlata Pozaic | | | Goods and Services | | | | |

<u>19</u>   Continuation sheets attached

Subtotal ➢ $            418,962.78

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **Petters Group Worldwide, LLC** _____       Case No. __08-45258 (GFK)__
_____ Debtor _____         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 259.23 |
| Aquascapes, Inc.<br>5705 Colfax Ave S<br>Minneapolis, MN 55419<br>attn: Mark Tersteeg | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 7,185,245.90 |
| Ark Discovery II, LP<br>c/o Golan & Christie LLP<br>70 West Madison St, Suite 1500<br>Chicago, Il 60602-4206 | | | Unsecured Promissory Note | X | | X | |
| ACCOUNT NO. | | | | | | | 3,901,000.00 |
| Ark Royal Capital, LLC<br>1616 South Voss Rd, Suite 430<br>Houston, TX 77057 | | | Unsecured Promissory Note | X | | X | |
| ACCOUNT NO. | | | | | | | 47,028.76 |
| AT&T Mobility<br>PO Box 6463<br>Carol Streem, IL 60197-6463 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 98,092.50 |
| Aware Web Solutions<br>PO Box 390236<br>Minneapolis, MN 55435 | | | Goods and Services | | | X | |

Sheet no. _1_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $    11,231,626.39

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Petters Group Worldwide, LLC**                          Case No. **08-45258 (GFK)**
                          Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 393.90 |
| Berry Coffee Company 14825 Martin Drive Eden Prairie, MN 55344-2009 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 1,752.50 |
| Blackwell Burke PA 431 South Seventh Street Suite 2500 Minneapolis, MN 55415 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | X | X | X | 61,000,000.00 |
| C.I.T. Leasing 11 West 42nd Street, 12th Floor New York, NY 10036 | | | Guaranty of Note of Petters Aircraft Leasing, LLC | | | | |
| ACCOUNT NO. | | | | | | | 5,000.00 |
| Caffrey, Joe 6101 Chowen Ave South Edina, MN 55410 | | | Goods and services | | | | |
| ACCOUNT NO. | | | | | | | 12,567.77 |
| Cananwill Inc. PO Box 4795 Carol Stream, IL 60197-4795 | | | Goods and Services | | | | |

Sheet no. _2_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **61,019,714.17**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Petters Group Worldwide, LLC** _____     Case No. __08-45258 (GFK)__

_____

                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,287.99 |
| Carlson Wagonlit Travel PO Box 98953 Chicago, IL 60693 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 281.49 |
| Centerpoint Energy Cheryl Willenbring PO Box 59038 Minneapolis, MN 55459-0038 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 16,948.34 |
| Charter First 1650 West College Drive Suite 100 Marshall, MN 56258 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 5,898.00 |
| Cision US, Inc. PO Box 98869 Chicago, IL 98869 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 5,386.22 |
| City of Minnetonka 14600 MInnetonka Blvd Minnetonka, MN 55345 | | | Goods and Service | | | | |

Sheet no. _3_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 29,802.04

Total ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Petters Group Worldwide, LLC** _____  Case No.  **08-45258 (GFK)** _____

_____ Debtor _____  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 18,049.12 |
| CMGRP, Inc. PO Box 7247-6593 Philadelphia, PA 19170-6953 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 277.79 |
| Comcast PO Box 105184 Atlanta, GA 30348-5184 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 2,049.10 |
| Cornell, Kahler, Shidell & Mair, PLL 3570 Lexington Ave N, Suite 300 St. Paul, MN 55126 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 5,465.50 |
| Creations Productions, Inc. 831 N. Railroad Avenue West Palm Beach, FL 33401 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | X | X | | 4,112,000.69 |
| Dean Vlahos 294 Grove Lane E., Suite 113 Wayzata, MN 55391 | | | Unsecured Promissory Note | | | | |

Sheet no.  4  of  19  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **4,137,842.20**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   **Petters Group Worldwide, LLC**          Case No.  **08-45258 (GFK)**

                                      **Debtor**                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dell Marketing LP <br> PO Box 802816 <br> Chicago, IL 60680 | | | Goods and Services | | | | 1,671.92 |
| ACCOUNT NO. <br><br> Deloitte Tax, LLP <br> 13943 Collections Center Drive <br> Chicago, IL 60693 | | | Goods and Services | | | | 9,105.00 |
| ACCOUNT NO. <br><br> DHL Worldwide <br> PO BOX 4723 <br> Houston, TX 77210-4723 | | | Goods and Services | | | | 58.58 |
| ACCOUNT NO. <br><br> Diversified Air, Inc. <br> 2230 West 94th Street <br> Bloomington, MN 55431 | | | Goods and Services | | | | 1,622.61 |
| ACCOUNT NO. <br><br> Dorsey & Whitney LLP <br> 50 S 6th Street, Suite 1500 <br> Minneapolis, MN 55402-1498 | | | Goods and Services | | | | 2,837.58 |

Sheet no. _5_ of _19_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal   $         **15,295.69**

                                             Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Petters Group Worldwide, LLC** _____  Case No. __08-45258 (GFK)__
                                        Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 51.25 |
| DVS Renewal<br>PO Box 64587<br>St. Paul, MN 55164-0587 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | X | 12,000.00 |
| FAC Acquisition<br>4400 Baker Road<br>Minnetonka, MN 55343 | | | Inter-Company payable | | | | |
| ACCOUNT NO. | | | | | | | 921.32 |
| FedEx<br>PO Box 94515<br>Palantine, IL 60094-4515 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 289.00 |
| Fetscherin, Marc<br>Visiting Scholar, Harvard Kennedy<br>Asia Program<br>79 John F. Kennedy St, Box 130<br>Cambridge, MA 02138 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 86,621.32 |
| Flagler Center Properties, LLP<br>505 South Flagler Drive<br>Suite 1325<br>West Palm Beach, FL 33401 | | | Nonresidential real property lease | | | | |

Sheet no. __6__ of __19__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal $ 99,882.89

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Petters Group Worldwide, LLC**
_____
Debtor

Case No. __08-45258 (GFK)__
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Fredrikson & Byron, PA PO Box 1484 Minneapolis, MN 55480 | | | Goods and Services | | | X | 171,340.70 |
| ACCOUNT NO. | | | | | | | |
| Free Agent Consulting, LLC Randy Lush 6140 Lawndale Lane N Plymouth, MN 55446 | | | Goods and Services | | | | 472.50 |
| ACCOUNT NO. | | | | | | | |
| Glenn Platt 3718 Oxford-Middletown Rd Somerville, OH 45064 | | | Goods and Services | | | | 11,155.00 |
| ACCOUNT NO. | | | | | | | |
| Grainger Dept 865789739 Palantine, IL 60038-0001 | | | Goods and Services | | | | 52.40 |
| ACCOUNT NO. | | | | | | | |
| Hannon Security Services, Inc. 9036 Grand Ave S Bloomington, MN 55420 | | | Goods and Services | | | | 8,605.19 |

Sheet no. _7_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 191,625.79

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)



In re  **Petters Group Worldwide, LLC**                          Case No.  08-45258 (GFK)
_____                                _____
                                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 801.24 |
| Innovative Office Solutions, INc. PO Box 270107 Minneapolis, MN 55427-0107 | | | Goods and Services | | | | |
| ACCOUNT NO. | X | | | | | X | 667,000.00 |
| Insight Partners Jacqueline LaMarche 47 Winter Street, 8th Floor Boston, MA 02108 | | | Consultation Expenses | | | | |
| ACCOUNT NO. | | | | | | | 1,516.31 |
| Jones Day 555 South Flower Street Fiftieth FLoor Los Angeles, CA 90071 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | X | X | | 1,508,814.99 |
| JP Morgan Private Bank 21 South Clark Street 42nd Floor, IL 1-0550 Chicago, IL 60603 | | | Promissory Note | | | | |
| ACCOUNT NO. | | | | | | | 1,999.40 |
| Key Equipment Finance Payment Processing PO Box 203901 Houston, TX 77216 | | | Goods and Services | | | | |

Sheet no.  8  of  19  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $       2,180,131.94

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Petters Group Worldwide, LLC**      Case No. <u>08-45258 (GFK)</u>

                                  Debtor                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Lyndale Plant Services** <br>PO Box 128 <br>Sanborn, MN 56083 | | | Goods and Services | | | | 446.84 |
| ACCOUNT NO. <br><br>**Mayo Clinic** <br>PO Box 4003 <br>Rochester, MN 55903-4003 | | | Goods and Services | | | | 2,730.03 |
| ACCOUNT NO. <br><br>**Minnwest Bank Metro** <br>12011 Business Park Blvd. N. <br>Champlin, MN 55316 | | | Guaranty of Note of PRG Alders Property, LLC | X | X | X | 2,450,000.00 |
| ACCOUNT NO. <br><br>**Minnwest Bank Metro** <br>12011 Business Park Blvd. N. <br>Champlin, MN 55316 | | | Guaranty of Note of Petters Aviation, LLC | X | X | X | 1,000,000.00 |
| ACCOUNT NO. <br><br>**Minnwest Bank Metro** <br>12011 Business Park Blvd. N. <br>Champlin, MN 55316 | | | Guaranty of Note of Petters Real Estate Group, LLC | X | X | X | 1,300,000.00 |

Sheet no. <u>9</u> of <u>19</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $      4,753,176.87

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Petters Group Worldwide, LLC**      Case No. **08-45258 (GFK)**

                            Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 290.45 |
| Minuteman Press 8043 Lewis Road Golden Valley, MN 55427 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | X | 270,275.30 |
| MLO Appliance 4400 Baker Road Minnetonka, MN 55343 | | | Inter-Company payable | | | | |
| ACCOUNT NO. | | | | | | | 37,155.50 |
| Neal, Gerber & Eisenberg, LLP Two North LaSalle Street Chicago, IL 60602 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 2,190.75 |
| Nippon Polaroid Kabushiki Kaisha Toranomon Marin Building, 3-18-19 Toranomon, Minato-Ku, Tokyo 105-0001, Japan | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 177.28 |
| Northland Mobile Oil Change 3250 County Road 10 N Watertown, MN 55388 | | | Goods and Services | | | | |

Sheet no. _10_ of _19_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      310,089.28

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Petters Group Worldwide, LLC**
_____
                                                                    Debtor

Case No. __08-45258 (GFK)__
                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Office Max-A Boise Company Char Bendickson 75 Remittance Drive #2698 Chicago, IL 60675-2698 | | | Goods and Services | | | | 1,396.24 |
| ACCOUNT NO.  Opportunity Finance, LLC 60 South 6th Street Suite 2540 Minneapolis, MN 55402 | | | Security interest in pledge of Debtor's interest in shares of Fingerhit Direct Marketing, Inc. to secure obligation of affiliated entity PC Funding, LLC. UCC filing 7/11/08. | X | X | X | Unknown |
| ACCOUNT NO.  Paul Hanna Management 505 S Flagler Drive #1325 West Palm Beach, FL 33401 | | | Goods and Services | | | | 12,732.66 |
| ACCOUNT NO.  PBC-MPA LLC DBA Preferred Offices Accounting Dept. 1701 Pennsylvania Ave NW, Suite 300 Washington, DC 20006 | | | Goods and Services | | | | 344.00 |
| ACCOUNT NO.  Petters Aircraft Leasing 4400 Baker Road Minnetonka, MN 55343 | | | Inter-Company payable | | | X | 184,000.00 |

Sheet no. __11__ of __19__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 198,472.90

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re    Petters Group Worldwide, LLC                     Case No.  08-45258 (GFK)
                    _____                        _____
                            Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Petters Aviation 4400 Baker Road Minnetonka, MN 55343 | | | Inter-Company payable | | | X | 15,243.15 |
| ACCOUNT NO. | | | | | | | |
| Petters Capital 4400 Baker Road Minnetonka, MN 55343 | | | Inter-Company payable | | | X | 700,000.00 |
| ACCOUNT NO. | | | | | | | |
| Petters Company, Inc. 4400 Baker Road Minnetonka, MN 55343 | | | Inter-Company payable | | | X | 41,471,468.00 |
| ACCOUNT NO. | | | | | | | |
| Petters Hospitality Entertainment 4400 Baker Road Minnetonka, MN 55343 | | | Inter-Company payable | | | X | 160,199.10 |
| ACCOUNT NO. | | | | | | | |
| Petters International Japan 4400 Baker Road Minnetonka,MN 55343 | | | Inter-Company payable | | | X | 551.31 |

Sheet no. 12 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $      42,347,461.56

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Petters Group Worldwide, LLC**

Case No. **08-45258 (GFK)**

_____
Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 20,676,439.15 |
| Petters, Thomas J. 655 Bushaway Road Wayzata, MN 55391 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 232,497.93 |
| PGW - Media Group 4400 Baker Road Minnetonka, MN 55343 | | | Inter-Company payable | | | | |
| ACCOUNT NO. | | | | | | | 140.00 |
| Pioneer Secureshred 155 Irving Ave N Minneapolis, MN 55405 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 211.94 |
| Plantique, Inc. PO Box 541657 Lake Worth, FL 33454 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 133.13 |
| Plantronics Sound Innovation Bank of America Illinois Lockbox PO Box 98024 Chicago, IL 60693 | | | Goods and Services | | | | |

Sheet no. 13 of 19 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 20,909,422.15

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re    Petters Group Worldwide, LLC                          Case No.  08-45258 (GFK)
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                                |   |   |                          |   |   |   | 192.42 |
| Plunkett's Pest Control 40 NE 52nd Way Fridley, MN 55421                   |   |   | Goods and Services       |   |   |   |  |
| ACCOUNT NO.                                                                |   |   |                          |   |   | X | 484,025.00 |
| Polaroid Consumer Electronics 4400 Baker Road Minnetonka, MN 55343        |   |   | Inter-Company payable    |   |   |   |  |
| ACCOUNT NO.                                                                |   |   |                          |   |   | X | 1,842,716.67 |
| Polaroid Corporation 300 Baker Ave., Suite 330 Concord, MA 01742          |   |   | Inter-Company payable    |   |   |   |  |
| ACCOUNT NO.                                                                |   |   |                          |   |   | X | 5,773,910.00 |
| Polaroid Holding Company 4400 Baker Road Minnetonka, MN 55343             |   |   | Inter-Company payable    |   |   |   |  |
| ACCOUNT NO.                                                                |   |   |                          |   |   |   | 171.09 |
| PR Newswire, Inc. GPO Box 5897 New York, NY 10087-5897                    |   |   | Goods and Services       |   |   |   |  |

Sheet no. 14 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $    8,101,015.18

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Petters Group Worldwide, LLC** _____  Case No. __08-45258 (GFK)__
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 620.00 |
| Premier Corporate Services, Inc. 590 Park Street Suite 6 St. Paul, MN 55103 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | X | 203,651.05 |
| Priester Aviation LLC 1061 S Wolf Road Wheeling, IL 60090 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 9.86 |
| Priority Courier Experts PO Box 10699 St. Paul, MN 55110 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 1,661.96 |
| Qwest PO Box 17360 Denver, CO 80217 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 2,961.71 |
| Qwest Business Services PO Box 856169 Louisville, KY 40285-6169 | | | Goods and Services | | | | |

Sheet no. _15_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 208,904.58

Total ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Petters Group Worldwide, LLC                                    Case No.  08-45258 (GFK)
                        Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Qwest Consultanta International LTD <br> 1450 E American Lane, Suite 1400 <br> Schaumburg, IL 60173 | | | Goods and Services | | | | 4,983.75 |
| ACCOUNT NO. <br><br> Rainmaker Tribal Services, LLC <br> 4400 Baker Road <br> Minnetonka, MN 55343 | | | Inter-Company payable | | | X | 46,121.32 |
| ACCOUNT NO. <br><br> Ritz Carlton Palm Beach <br> 100 South Ocean Blvd <br> Manalapan, FL 33462 | | | Goods and Services | | | X | 150,730.00 |
| ACCOUNT NO. <br><br> Servicemaster of St. Cloud <br> PO Box 608 <br> St. Cloud, MN 56302 | | | Goods and Services | | | | 7,404.66 |
| ACCOUNT NO. <br><br> Staffing Partners Financial Group <br> 5909 Baker Road, Suite 570 <br> Minnetonka, MN 55343 | | | Goods and Services | | | | 3,220.14 |

Sheet no. 16 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 212,459.87

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Petters Group Worldwide, LLC** _____  Case No.  08-45258 (GFK) _____
                                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,568.75 |
| Stoppel, Troy 11730 Runnel Circle Eden Prairie, MN 55347 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 483.11 |
| Strategic Equipment NW 5587 PO Box 1450 Minneapolis, MN 55485-5587 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 384.36 |
| The HDH Group US Steel Tower 600 Grant Street, Suite 1100 Pittsburg, PA 15219 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 155.49 |
| Toshiba America Business Solutions PO Box 31001-0271 Pasadena, CA 91110-0271 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 2,363.90 |
| Toshiba Business Solutions 13272 Collection Center Drive Chicago, IL 60693 | | | Goods and Services | | | | |

Sheet no. _17_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $        5,955.61

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Petters Group Worldwide, LLC                              Case No. 08-45258 (GFK)
                                                                                                  (If known)
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 567.71 |
| Toshiba Financial Services PO Box 790448 St. Louis, MO 63179 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 22,725.21 |
| Treat America Food Services 8500 Shawnee Mission Pkwy #100 Merriam, KS 66202 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | X | 364.16 |
| U Line, Inc 2200 S. Lakeside Drive Waukegan, IL 60085 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 94.28 |
| UPS-United Parcel Service Lockbox 577 Carol Stream, IL 60132-0577 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 368.00 |
| Verified Credentials, Inc. Accounts Receivable 20890 Kenbridge Court Lakeville, MN 55044 | | | Goods and Services | | | | |

Sheet no. 18 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $   24,119.36

Total  ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Petters Group Worldwide, LLC_____     Case No. __08-45258 (GFK)_____
                                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 512.53 |
| Waste Management-Savage PO Box 9001054 Louisville, KY 40290 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 144,854.37 |
| Welsh Baker Road CM 9660 PO Box 70870 St. Paul, MN 55170 | | | Nonresidential lease of headquarters at 4400 Baker Road, Minnetonka, MN | | | | |
| ACCOUNT NO. | | | | | | | 11,228.14 |
| Xcel Energy PO Box 9477 Minneapolis, MN 55484-9477 | | | Goods and Services | | | | |
| ACCOUNT NO. | | | | | | | 1,127.09 |
| XO 14239 Collections Center Drive Chicago, IL 60693 | | | Goods and Services | | | | |

Sheet no. _19_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $       157,722.13

Total  ➢  $    156,553,683.38

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re:  Petters Group Worldwide, LLC  
_____  
Debtor

Case No.  08-45258 (GFK)  
_____  
(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ADP - Expense Expert<br>12200 Weber Hill Road<br>St. Louis, MO 6327-1690 | Employee Expense Reporting |
| ADP - Payroll Processing<br>12200 Weber Hill Road<br>St. Louis, MO 6327-1690 | Payroll Processing |
| Carlson Wagonlit Travel<br>PO BOX 98953<br>Chicago, IL 60693 | Travel Services |
| Flagler Center Properties, LLP<br>505 South Flagler Drive, Suite 1010<br>West Palm Beach, FL 33401 | Building Lease non-residential real property |
| Hasler Financial<br>3400 Bridge Parkway<br>Redwood City, CA 94065-1194 | Postage Meter Lease |
| Joe Schmit<br>9319 Quinn Road<br>Bloomington, MN 55437 | Employment Contract |
| Key Equipment<br>600 Travis Street, Suite 1400<br>Houston, TX 77002 | Copier Lease |
| Lyndale Plant Services<br>PO BOX 128<br>Sanborn, MN 56083 | Plant Lease |

In re:  Petters Group Worldwide, LLC                    ,      Case No.  08-45258 (GFK)
                        Debtor                                                (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Plantique Inc.<br>PO BOX 541657<br>Lake Worth, GA 33454 | Plant Lease |
| Toshiba America Business Solutions<br>PO Box 3083<br>Cedar Rapids, IA 52406-3083 | Copier Lease |
| Toshiba Business Solutions<br>13272 Collection Center Drive<br>Chicago, IL 60693 | Copier Maintenance Agreement |
| Toshiba Business Solutions<br>1310 Madrid Street, Suite 101<br>Marshall, MN 56258 | Copier Lease |
| Toshiba Business Solutions - Florida<br>6401 Nob Hill Road<br>Tamarac, FL 33321 | Copier Maintenance Agreement |
| Welsh-Baker LLC<br>4350 Baker Road<br>Minnetonka, MN 55343 | Building Lease non-residential real property |

In re: **Petters Group Worldwide, LLC**
_____
Debtor

Case No. __08-45258 (GFK)__
(If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Petters Company, Inc.<br>4400 Baker Road<br>Minnetonka, MN 55343<br><br>Thomas J. Petters<br>655 Bushaway Road<br>Wayzata, MN 55391 | Insight Partners<br>Jacqueline LaMarche<br>47 Winter Street, 8th Floor<br>Boston, MA 02108 |
| Thomas J. Peters<br>655 Bushaway Road<br>Wayzata, MN 55391 | Rhone Holdings II, Ltd.<br>c/o Ritchie Capital Mgmnt, LLC<br>801 Warrenville Road<br>Lisle, IL 60532 |
| Petters Company, Inc.<br>4400 Baker Road<br>Minnetonka, MN 55343<br><br>Thomas J. Petters<br>655 Bushaway Road<br>Wayzata, MN 55391 | Ritchie Cap Struct Arbitrage Trad<br>c/o Ritchie Capital Mgmnt, LLC<br>801 Warrenville Road<br>Lisle, IL 60532 |
| Thomas J. Petters<br>655 Bushaway Road<br>Wayzata, MN 55391 | Ritchie Special Credit Invest, Ltd<br>c/o Ritchie Capital Mgmnt, LLC<br>801 Warrenville Road<br>Lisle, IL 60532 |
| Petters Company, Inc.<br>4400 Baker Road<br>Minnetonka, MN 55343<br><br>Thomas J. Petters<br>655 Bushaway Road<br>Wayzata, MN 55391 | Yorkville Investment I, LLC<br>c/o Ritchie Capital Mgmnt, LLC<br>801 Warrenville Road<br>Lisle, IL 60532 |