B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## District of Minnesota

In re  Petters Group Worldwide, LLC _____ ,  Case No.  08-45258 (GFK) _____

Debtor

Chapter  11 _____

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Petters, Thomas J.<br>655 Bushaway Rd<br>Wayzata, MN 55391 | | | | $11,792.40 |
| C.I.T. Leasing<br>11 West 42nd Street, 12th Floor<br>New York, NY 10036 | Chief Counsel-Transportation Financ<br>212-461-5402<br>C.I.T. Leasing<br>11 West 42nd Street, 12th Floor<br>New York, NY 10036 | Guaranty | CONTINGENT<br>UNLIQUIDATED<br>DISPUTED | $61,000,000.00 |
| Petters, Thomas J.<br>655 Bushaway Road<br>Wayzata, MN 55391 | Petters, Thomas J.<br><br>Petters, Thomas J.<br>655 Bushaway Road<br>Wayzata, MN 55391 | | DISPUTED | $20,676,439.15 |
| Ark Discovery II, LP<br>c/o Golan & Christie LLP<br>70 West Madison St, Suite 1500<br>Chicago, Il 60602-4206 | Steve Golan<br>630-786-4033<br>Ark Discovery II, LP<br>c/o Golan & Christie LLP<br>70 West Madison St, Suite 1500<br>Chicago, Il 60602-4206 | Security Agreement | UNLIQUIDATED<br>DISPUTED | $7,185,245.90 |
| Polaroid Holding Company<br>4400 Baker Road<br>Minnetonka, MN 55343 | Polaroid Holding Corporation<br>952-936-5000<br>Polaroid Holding Company<br>4400 Baker Road<br>Minnetonka, MN 55343 | | DISPUTED | $5,773,910.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Petters Group Worldwide, LLC** _____ , Case No. **08-45258 (GFK)** _____

Debtor

Chapter **11** _____

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Dean Vlahos 294 Grove Lane E., Suite 113 Wayzata, MN 55391 | | | UNLIQUIDATED DISPUTED | $4,112,000.69 |
| Ark Royal Capital, LLC 1616 South Voss Rd, Suite 430 Houston, TX 77057 | Allison Hanslik  Ark Royal Capital, LLC 1616 South Voss Rd, Suite 430 Houston, TX 77057 | | UNLIQUIDATED DISPUTED | $3,901,000.00 |
| Petters Company, Inc. 4400 Baker Road Minnetonka, MN 55343 | Petters Company, Inc.  Petters Company, Inc. 4400 Baker Road Minnetonka, MN 55343 | InterCompany Advance | DISPUTED | $41,471,468.00  $0.00 |
| Minnwest Bank Metro 12011 Business Park Blvd. N. Champlin, MN 55316 | John Applequist 763-230-6910 Minnwest Bank Metro 12011 Business Park Blvd. N. Champlin, MN 55316 | Guaranty | CONTINGENT UNLIQUIDATED DISPUTED | $2,450,000.00 |
| Polaroid Corporation 300 Baker Ave., Suite 330 Concord, MA 01742 | Polaroid Corporation 800-343-5000 Polaroid Corporation 300 Baker Ave., Suite 330 Concord, MA 01742 | InterCompany Advance | DISPUTED | $1,842,716.67 |
| JP Morgan Private Bank 21 South Clark Street 42nd Floor, IL 1-0550 Chicago, IL 60603 | David Mook 312-732-3451 JP Morgan Private Bank 21 South Clark Street 42nd Floor, IL 1-0550 Chicago, IL 60603 | LOC Sec'd by TJP | UNLIQUIDATED DISPUTED | $1,508,814.99 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Petters Group Worldwide, LLC** _____  Case No. __08-45258 (GFK)_____

Debtor

Chapter __11_____

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Minnwest Bank Metro<br>12011 Business Park Blvd. N.<br>Champlin, MN 55316 | John Applequist<br>763-230-6910<br>Minnwest Bank Metro<br>12011 Business Park Blvd. N.<br>Champlin, MN 55316 | Guaranty | CONTINGENT<br>UNLIQUIDATED<br>DISPUTED | $1,300,000.00 |
| Minnwest Bank Metro<br>12011 Business Park Blvd. N.<br>Champlin, MN 55316 | John Applequist<br>763-230-6910<br>Minnwest Bank Metro<br>12011 Business Park Blvd. N.<br>Champlin, MN 55316 | Guaranty | CONTINGENT<br>UNLIQUIDATED<br>DISPUTED | $1,000,000.00 |
| Petters Capital<br>4400 Baker Road<br>Minnetonka, MN 55343 | | | DISPUTED | $700,000.00 |
| American Express Co.<br>Travel Related Services Co. Inc.<br>PO Box 360001<br>Ft. Lauderdale, FL 33336-0001 | Customer Service<br>800-528-2122<br>American Express Co.<br>Travel Related Services Co. Inc.<br>PO Box 360001<br>Ft. Lauderdale, FL 33336-0001 | Company charges | DISPUTED | $192,860.00 |
| Insight Partners<br>Jacqueline LaMarche<br>47 Winter Street, 8th Floor<br>Boston, MA 02108 | | | DISPUTED | $667,000.00 |
| Polaroid Consumer Electronics<br>4400 Baker Road<br>Minnetonka, MN 55343 | | | DISPUTED | $484,025.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re __Petters Group Worldwide, LLC_____ ,   Case No. __08-45258 (GFK)_____

Debtor                                  Chapter __11_____

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Douglas A. Kelley, Receiver and Debtor in Possession of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __12/10/08__              Signature: _Douglas A. Kelley_____

Douglas A. Kelley ,Receiver and Debtor in Possession
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

The foregoing information concerning assets held, valuation of those assets, creditors and claims is based upon records available to the Debtor, the accuracy and validity of which is in question. This information is compiled from various sources and represents a good faith estimate. These schedules, statements and other documents may be amended as more information becomes available.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:    **Petters Group Worldwide, LLC**
_____

Case No. **08-45258 (GFK)** _____

Debtor

Chapter **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **18** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:    **12|10|08** _____

Signed: _Douglas A. Kelley_
Douglas A. Kelley

Signed: _James A. Lodoen_
Attorney for Debtor(s)

Bar no.:        **0173605**
**Lindquist & Vennum P.L.L.P.**
**80 South 8th Street**
**Suite 4200**
**Minneapolis MN 55402**
Telephone No.:    **612-371-3211**
Fax No.:        **612-371-3207**
E-mail address:    **jlodoen@lindquist.com**

The foregoing information concerning assets held, valuation of those assets, creditors and claims is based upon records available to the Debtor, the accuracy and validity of which is in question.  This information is compiled from various sources and represents a good faith estimate.  These schedules, statements and other documents may be amended as more information becomes available.

2921 FLORIDA AVE. S.
ST. LOUIS PARK, MN 55426


ALLIANCE COURIER
PO BOX 202092
BLOOMINGTON, MN 55420


AL'S ELECTRIC OF ST. CLOUD INC.
2616 NORTH COOPER AVE
PO BOX 933
ST. CLOUD, MN 56302


AMERICAN EXPRESS
PO BOX 981535
EL PASO, TX 79998-1535


AMERICAN EXPRESS CO.
TRAVEL RELATED SERVICES CO. INC.
PO BOX 360001
FT. LAUDERDALE, FL 33336-0001


AMERIPRIDE
700 INDUSTRIAL BLVD, NE
MINNEAPOLIS, MN 55413-2989
ATTN: ZLATA POZAIC


ANDERSON, DEANNE
562 SUMMERFIELD DR.
CHANHASSEN, MN 55317


AQUASCAPES, INC.
5705 COLFAX AVE S
MINNEAPOLIS, MN 55419
ATTN: MARK TERSTEEG


ARK DISCOVERY II, LP
C/O GOLAN & CHRISTIE LLP
70 WEST MADISON ST, SUITE 1500
CHICAGO, IL 60602-4206

1616 SOUTH VOSS RD, SUITE 430
HOUSTON, TX 77057


ARTHUR, ADAM
11 WEST 82ND STREET #4
NEW YORK, NY 10024


AT&T MOBILITY
PO BOX 6463
CAROL STREEM, IL 60197-6463


AWARE WEB SOLUTIONS
PO BOX 390236
MINNEAPOLIS, MN 55435


BAER, DAVID
13996 WELLINGTON DRIVE
EDEN PRAIRIE, MN 55347


BERRY COFFEE COMPANY
14825 MARTIN DRIVE
EDEN PRAIRIE, MN 55344-2009


BLACKWELL BURKE PA
431 SOUTH SEVENTH STREET
SUITE 2500
MINNEAPOLIS, MN 55415


BRADY, CHERYL
588 PRAIRIE CREEK DRIVE
DELANO, MN 55328


BURANEN, JEANNIE
6800 COUNTY ROAD 26
MAPLE PLAIN, MN 55359

11 WEST 42ND STREET, 12TH FLOOR
NEW YORK, NY 10036


CAFFREY, JOE
6101 CHOWEN AVE SOUTH
EDINA, MN 55410


CANANWILL INC.
PO BOX 4795
CAROL STREAM, IL 60197-4795


CARLSON WAGONLIT TRAVEL
PO BOX 98953
CHICAGO, IL 60693


CARTER, DOVE
8429 BUTLER GREENWOOD DRIVE
ROYAL PALM BEACH, FL 33411


CENTERPOINT ENERGY
CHERYL WILLENBRING
PO BOX 59038
MINNEAPOLIS, MN 55459-0038


CHARTER FIRST
1650 WEST COLLEGE DRIVE
SUITE 100
MARSHALL, MN 56258


CHEE-AWAI, CAMILLE
309 E. DI LIDO DRIVE
MIAMI BEACH, FL 33139


CISION US, INC.
PO BOX 98869
CHICAGO, IL 98869

14600 MINNETONKA BLVD
MINNETONKA, MN 55345


COMCAST
PO BOX 105184
ATLANTA, GA 30348-5184


CORNELL, KAHLER, SHIDELL & MAIR, PL
3570 LEXINGTON AVE N, SUITE 300
ST. PAUL, MN 55126


COURTRIGHT, FRANK
1309 HILLSBORO AVE. N.
CHAMPLIN, MN 55316


CREATIONS PRODUCTIONS, INC.
831 N. RAILROAD AVENUE
WEST PALM BEACH, FL 33401


DEAN VLAHOS
294 GROVE LANE E
SUITE 113
WAYZATA, MN 55391


DEAN VLAHOS
294 GROVE LANE E., SUITE 113
WAYZATA, MN 55391


DEBETTIGNIES, CHERYL
4125 153RD ST. W.
ROSEMOUNT, MN 55068


DELL MARKETING LP
PO BOX 802816
CHICAGO, IL 60680

13943 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


DHL WORLDWIDE
PO BOX 4723
HOUSTON, TX 77210-4723


DIVERSIFIED AIR, INC.
2230 WEST 94TH STREET
BLOOMINGTON, MN 55431


DORSEY & WHITNEY LLP
50 S 6TH STREET, SUITE 1500
MINNEAPOLIS, MN 55402-1498


DORSEY, ANASTASIA
1123 FLORIDA AVE.
WEST PALM BEACH, FL 33401


DVS RENEWAL
PO BOX 64587
ST. PAUL, MN 55164-0587


FAC ACQUISITION
4400 BAKER ROAD
MINNETONKA, MN 55343


FEDEX
PO BOX 94515
PALANTINE, IL 60094-4515


FERNANDEZ, GEORGINA
311 11TH AVE. S.
LAKE WORTH, FL 33460

VISITING SCHOLAR, HARVARD KENNEDY
ASIA PROGRAM
79 JOHN F. KENNEDY ST, BOX 130
CAMBRIDGE, MA 02138


FLAGLER CENTER PROPERTIES, LLP
505 SOUTH FLAGLER DRIVE
SUITE 1325
WEST PALM BEACH, FL 33401


FREDRIKSON & BYRON, PA
PO BOX 1484
MINNEAPOLIS, MN 55480


FREE AGENT CONSULTING, LLC
RANDY LUSH
6140 LAWNDALE LANE N
PLYMOUTH, MN 55446


GLENN PLATT
3718 OXFORD-MIDDLETOWN RD
SOMERVILLE, OH 45064


CMGRP, INC.
PO BOX 7247-6593
PHILADELPHIA, PA 19170-6953


GRAINGER
DEPT 865789739
PALANTINE, IL 60038-0001


HAMM, PATRICIA
2014 OAKLAND ROAD
MINNETONKA, MN 55305


HANNON SECURITY SERVICES, INC.
9036 GRAND AVE S
BLOOMINGTON, MN 55420

508 BAY HILLS DRIVE
ARNOLD, MD 21012


HAY, TOM
6 BADGER LANE
NORTH OAKS, MN 55127


HONIG, KIMBERLY
801 S. OLIVE AVE. #115
WEST PALM BEACH, FL 33401


HOVE, CAROL
7120 MORGAN AVE. S.
RICHFIELD, MN 55423


INNOVATIVE OFFICE SOLUTIONS, INC.
PO BOX 270107
MINNEAPOLIS, MN 55427-0107


INSIGHT PARTNERS
JACQUELINE LAMARCHE
47 WINTER STREET, 8TH FLOOR
BOSTON, MA 02108


JOE, ART
5724 BLUEBIRD LANE
MINNETONKA, MN 55345


JOHNSON, NEIL
421 TURNER CROSS ROAD SOUTH
GOLDEN VALLEY, MN 55416


JONES DAY
555 SOUTH FLOWER STREET
FIFTIETH FLOOR
LOS ANGELES, CA 90071

JORDAN, JOHN
6417 106TH STREET
CLEAR LAKE, MN 55319


JP MORGAN PRIVATE BANK
21 SOUTH CLARK STREET
42ND FLOOR, IL 1-0550
CHICAGO, IL 60603


KANDARE, CHARLES
9470 WORSWICK COURT
WELLINGTON, FL 33414


KEY EQUIPMENT FINANCE
PAYMENT PROCESSING
PO BOX 203901
HOUSTON, TX 77216


NASH, KIM
2630 ALVAREDO LANE N
PLYMOUTH, MN 55447


KLASSEN, THOMAS
2100 PARKLANDS ROAD
ST. LOUIS PARK, MN 55416


KOEHLER, DAVID
242 WILDWOOD AVE.
BIRCHWOOD, MN 55110


KRUSE, LOIS
7601 WEST 101ST STREET
UNIT #323
BLOOMINGTON, MN 55438


LAUMANN, MARK
7155 COUNTY ROAD 155
WACONIA, MN 55387

LINDEMEIER, ELIZABETH
16914 231ST AVE.
BIG LAKE, MN 55309


LOCEY, PENNELL
6 PROSPECT STREET
DEDHAM, MA 02026


LUNDE, APRIL
18347 KERRVILLE TRAIL
LAKEVILLE, MN 55044


LYNDALE PLANT SERVICES
PO BOX 128
SANBORN, MN 56083


MALLOCH, BETH
190 BEARS CLUB DRIVE
JUPITER, FL 33477


MARGOLIS, DAVID
1031 SUMTER AVE. N.
GOLDEN VALLEY, MN 55427


MASSINE, CARRIE
5910 SWEETWATER CIRCLE
SHOREWOOD, MN 55331


MAYO CLINIC
PO BOX 4003
ROCHESTER, MN 55903-4003


MCGAUNN, JON
11140 NARRAGANSETT BAY COURT
WELLINGTON, FL 33414

MCLAUGHLIN, LESLIE A.
24598 CEDAR POINT ROAD
NEW PRAGUE, MN 56071


MILLER, ANDREA
9096 LARKSPUR LANE
EDEN PRAIRIE, MN 55347


MINNWEST BANK METRO
12011 BUSINESS PARK BLVD. N.
CHAMPLIN, MN 55316


MINUTEMAN PRESS
8043 LEWIS ROAD
GOLDEN VALLEY, MN 55427


MLO APPLIANCE
4400 BAKER ROAD
MINNETONKA, MN 55343


PHELPS, MICHAEL
1485 PINE TREE PASS
EAGAN, MN 55122


NASH, TIFFANY
2630 ALVARADO LANE N.
PLYMOUTH, MN 55447


NEAL, GERBER & EISENBERG, LLP
TWO NORTH LASALLE STREET
CHICAGO, IL 60602


NELSON, KELLI
13018 JANE LANE
MINNTEONKA, MN 55343

NELSON, RHONDA
4613 PARK AVE.
MINNEAPOLIS, MN 55407


NIPPON POLAROID KABUSHIKI KAISHA
TORANOMON MARIN BUILDING, 3-18-19
TORANOMON, MINATO-KU, TOKYO
105-0001, JAPAN


NORTHLAND MOBILE OIL CHANGE
3250 COUNTY ROAD 10 N
WATERTOWN, MN 55388


OFFICE MAX-A BOISE COMPANY
CHAR BENDICKSON
75 REMITTANCE DRIVE #2698
CHICAGO, IL 60675-2698


OPPORTUNITY FINANCE, LLC
60 SOUTH 6TH STREET
SUITE 2540
MINNEAPOLIS, MN 55402


PAUL HANNA MANAGEMENT
505 S FLAGLER DRIVE #1325
WEST PALM BEACH, FL 33401


PBC-MPA LLC DBA PREFERRED OFFICES
ACCOUNTING DEPT.
1701 PENNSYLVANIA AVE NW, SUITE 300
WASHINGTON, DC 20006


PETTERS AIRCRAFT LEASING
4400 BAKER ROAD
MINNETONKA, MN 55343


PETTERS AVIATION
4400 BAKER ROAD
MINNETONKA, MN 55343

```
                    4400 BAKER ROAD
                    MINNETONKA, MN 55343




                    PETTERS CAPITAL, LLC
                    4400 BAKER ROAD
                    MINNETONKA, MN 55343




                    PETTERS COMPANY, INC.
                    4400 BAKER ROAD
                    MINNETONKA, MN 55343




                    PETTERS HOSPITALITY ENTERTAINMENT
                    4400 BAKER ROAD
                    MINNETONKA, MN 55343




                    PETTERS INTERNATIONAL JAPAN
                    4400 BAKER ROAD
                    MINNETONKA,MN 55343




                    PETTERS, CATHERINE
                    704 WEST ASH STREET
                    ST. JOSEPH, MN 56374




                    PETTERS, THOMAS J.
                    655 BUSHAWAY ROAD
                    WAYZATA, MN 55391




                    PGW - MEDIA GROUP
                    4400 BAKER ROAD
                    MINNETONKA, MN 55343




                    PETTERS, THOMAS J.
                    655 BUSHAWAY RD
                    WAYZATA, MN 55391
```

PIONEER SECURESHRED
155 IRVING AVE N
MINNEAPOLIS, MN 55405

PLANTIQUE, INC.
PO BOX 541657
LAKE WORTH, FL 33454

PLANTRONICS SOUND INNOVATION
BANK OF AMERICA ILLINOIS LOCKBOX
PO BOX 98024
CHICAGO, IL 60693

PLOUMIDIS, MATINA
12981 ECHO LANE
APPLE VALLEY, MN 55124

PLUNKETT'S PEST CONTROL
40 NE 52ND WAY
FRIDLEY, MN 55421

POLAROID CONSUMER ELECTRONICS
4400 BAKER ROAD
MINNETONKA, MN 55343

POLAROID CORPORATION
300 BAKER AVE., SUITE 330
CONCORD, MA 01742

POLAROID HOLDING COMPANY
4400 BAKER ROAD
MINNETONKA, MN 55343

PR NEWSWIRE, INC.
GPO BOX 5897
NEW YORK, NY 10087-5897

PREMIER CORPORATE SERVICES, INC.
590 PARK STREET
SUITE 6
ST. PAUL, MN 55103


PREZIOSO, MICHAEL
1730 4TH ST. NE
MINNEAPOLIS, MN 55413


PRIESTER AVIATION LLC
1061 S WOLF ROAD
WHEELING, IL 60090


PRIORITY COURIER EXPERTS
PO BOX 10699
ST. PAUL, MN 55110


QWEST
PO BOX 17360
DENVER, CO 80217


QWEST BUSINESS SERVICES
PO BOX 856169
LOUISVILLE, KY 40285-6169


QWEST CONSULTANTA INTERNATIONAL LTD
1450 E AMERICAN LANE, SUITE 1400
SCHAUMBURG, IL 60173


RAINMAKER TRIBAL SERVICES, LLC
4400 BAKER ROAD
MINNETONKA, MN 55343


RHONE HOLDINGS II, LTD.
C/O RITCHIE CAPITAL MGMNT, LLC
801 WARRENVILLE ROAD
LISLE, IL 60532

RIEDL, KEVIN
4718 OAK CLIFF DRIVE
EAGAN, MN 55122


RITCHIE CAP STRUCT ARBITRAGE TRAD
C/O RITCHIE CAPITAL MGMNT, LLC
801 WARRENVILLE ROAD
LISLE, IL 60532


RITCHIE SPECIAL CREDIT INVEST, LTD
C/O RITCHIE CAPITAL MGMNT, LLC
801 WARRENVILLE ROAD
LISLE, IL 60532


RITZ CARLTON PALM BEACH
100 SOUTH OCEAN BLVD
MANALAPAN, FL 33462


SALMEN, THOMAS RANDALL
1972 SHERIDAN AVE. S.
MINNEAPOLIS, MN 55405


SARENPA, COLLEEN
4900 SARATOGA LANE
PLYMOUTH, MN 55442


SCHMIT, JOE
9319 QUINN ROAD
BLOOMINGTON, MN 55437


SERVICEMASTER OF ST. CLOUD
PO BOX 608
ST. CLOUD, MN 56302


STAFFING PARTNERS FINANCIAL GROUP
5909 BAKER ROAD, SUITE 570
MINNETONKA, MN 55343

STOFFEL, TROY
11730 RUNNEL CIRCLE
EDEN PRAIRIE, MN 55347


STRATEGIC EQUIPMENT
NW 5587
PO BOX 1450
MINNEAPOLIS, MN 55485-5587


TESAR, TAMMY
1345 ELISNORE CIRCLE
MEDINA, MN 55356


THE HDH GROUP
US STEEL TOWER
600 GRANT STREET, SUITE 1100
PITTSBURG, PA 15219


THOMAS J. PETERS
655 BUSHAWAY ROAD
WAYZATA, MN 55391


THOMAS J. PETTERS
655 BUSHAWAY ROAD
WAYZATA, MN 55391


TING, TOM
10042 COVE DRIVE
MINNETONKA, MN 55305


TOSHIBA AMERICA BUSINESS SOLUTIONS
PO BOX 31001-0271
PASADENA, CA 91110-0271


TOSHIBA BUSINESS SOLUTIONS
13272 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

SCRIBNER FINANCIAL SERVICES
PO BOX 790448
ST. LOUIS, MO 63179


TREAT AMERICA FOOD SERVICES
8500 SHAWNEE MISSION PKWY #100
MERRIAM, KS 66202


U LINE, INC
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085


UPS-UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577


VANDALAARSCHOT, PAULA
18426 ERIN BAY
EDEN PRAIRIE, MN 55347


VERIFIED CREDENTIALS, INC.
ACCOUNTS RECEIVABLE
20890 KENBRIDGE COURT
LAKEVILLE, MN 55044


WASTE MANAGEMENT-SAVAGE
PO BOX 9001054
LOUISVILLE, KY 40290


WELSH BAKER ROAD
CM 9660
PO BOX 70870
ST. PAUL, MN 55170


WETTERLIND, KERRI
23253 TAYLOR STREET NE
EAST BETHEL, MN 55055

```
PO BOX 9477
MINNEAPOLIS, MN 55484-9477




XO
14239 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693




YORKVILLE INVESTMENT I, LLC
C/O RITCHIE CAPITAL MGMNT, LLC
801 WARRENVILLE ROAD
LISLE, IL 60532
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Petters Group Worldwide, LLC**

<u>SIGNATURE DECLARATION</u>

Debtor(s).

Case No. **08-45258 (GFK)**

_____✓_____ PETITION, SCHEDULES & STATEMENTS

_____ CHAPTER 13 PLAN

_____ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION

_____✓_____ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS

_____ MODIFIED CHAPTER 13 PLAN

_____ OTHER (Please describe:_____)

I **Douglas A. Kelley**, the undersigned debtor(s) or authorized representative of the debtor,
*make the following declarations under penalty of perjury:*

• The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

• The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

• [**individual debtors only**] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;

• I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

• [**corporate and partnership debtors only**] I have been authorized to file this petition on behalf of the debtor.

Date: 12/10/08

X _~Douglas A. Kelley~_
Signature of Debtor or Authorized Representative

Douglas A. Kelley_____
Printed Name of Debtor or Authorized Representative

The foregoing information concerning assets held, valuation of
those assets, creditors and claims is based upon records available to
the Debtor, the accuracy and validity of which is in question. This
information is compiled from various sources and represents a good
faith estimate. These schedules, statements and other documents
may be amended as more information becomes available.

Form ERS 1 (Rev. 10/03)

**Form 1007-1 - Statement Of Compensation By Debtor's Attorney**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Petters Group Worldwide, LLC _____.
                    Debtor.

Case No. BKY   08-45258 (GFK) _____

Chapter   11   Case

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and § 329(a) of the Bankruptcy Code, states that:

1.    The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable

2.    (a) The filing fee paid by the undersigned to the clerk for the debtor(s) in this case is:   $ _____ 1,039.00

(b) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:   $ _____ hourly rate

(c) Prior to filing this statement, the debtor(s) paid to the undersigned:   $ _____ 0.00

(d) The unpaid balance due and payable by the debtor(s) to the undersigned is:   $ _____ 0.00

3.    The services rendered or to be rendered include the following: (a) analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code; (b) preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court; (c) representation of the debtor(s) at the meeting of creditors; (d) negotiations with creditors; and (e) other services reasonably necessary to represent the debtor(s) in this case.

4.    The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:

**Possibly from the U.S. District Court Receivership over this entity.** _____

5.    The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated:   _12-10-08_____

Signed:   _e/ James A. Lodoen_____
          **James A. Lodoen**
          **Bar no: 0173605**
          Attorney for Debtor(s)

          **Lindquist & Vennum P.L.L.P.**
          **80 South 8th Street**
          **Suite 4200**
          **Minneapolis MN 55402**
          **612-371-3211**

LOCAL RULE REFERENCE: 1007-1

## United States Bankruptcy Court
## District of Minnesota

In re  **Petters Group Worldwide, LLC**                    Case No.   **08-45258 (GFK)**

Debtor.                                                    Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Petters Group Worldwide, LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and
7007.1 state as follows:


_____   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests
are listed below:

| Owner | % of Shares Owned |
| --- | --- |
| **None** | |

OR,


___**X**___   There are no entities to report.


By: _____

**James A. Lodoen**
Signature of Attorney

Counsel for   **Petters Group Worldwide, LLC**
Bar no.:      **0173605**
Address.:     **Lindquist & Vennum P.L.L.P.**
              **80 South 8th Street**
              **Suite 4200**
              **Minneapolis MN 55402**
Telephone No.: **612-371-3211**
Fax No.:       **612-371-3207**
E-mail address: **jlodoen@lindquist.com**